# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT of ILLINOIS

Rockford Division

In re: Mark A Rimbergas
Sylvia V. Rimbergas

Case No: 10-73780
Chapter: 13

Property Address: 9530 FARLEY DRIVE HUNTLEY, IL 60142

Last four digits of any number you use to identify the debtor's account: 0940

Court Claim No. (if known) N/A

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**BANK OF AMERICA, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated 11/1/2012 and filed as Docket No. 46

### Pre-Petition Default Payments — Applicable option is checked

[✓] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: $0.00

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments — Applicable option is checked

[ ] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[✓] Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: $1,847.40

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 10-73780

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

[✓] I am the Creditor

[ ] I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X _____[signature]_____     X __11/16/2012__
　　Signature　　　　　　　　　　　Date (MM/DD/YYYY)

| | | | | | |
|---|---|---|---|---|---|
| First Name: | Nancy | Middle Name: | E | Last Name: | Pate |
| Title: | AVP; Bankruptcy Specialist | | | | |
| Company: | Bank of America | | | | |
| Address: | 1757 Tapo Canyon Rd. | | | | |
| City: | Simi Valley | State: | CA | Zip: | 93063 |
| Phone: | 213-345-5701 | | | | |

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Pre-Petition Claim

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Fee Description | Fee Date | Fee Amount |
| --- | --- | --- |
| Nov 2012 | 11/1/2012 | $2,109.30 |
| Suspense | 11/1/2012 | ($261.90) |

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:

Chapter 13 Trustee:

Trustee Address:

Trustee Email:

Debtor's Counsel Name: LAW OFFICE OF MARK D. WEISMAN

Debtor's Counsel Address: 100 W MONROE STE 1310 CHICAGO IL 60603

Debtor's Counsel Email:

Debtor 1 Name: Mark A Rimbergas

Debtor 2 Name: Sylvia V. Rimbergas

Debtor's Mailing Address:

Debtor Email:

/s/

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Mark A. Rimbergas and<br>Sylvia V. Rimbergas, | Case No. 10-73780 |
| Debtor(s). | Honorable Manuel Barbosa |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I served a copy of the Response to Trustee's Notice of Payment of Final Mortgage Cure Amount electronically filed on November 21, 2012, upon the parties listed below, by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 21st day of November, 2012.

Mark A. Rimbergas
9530 Farley Street
Huntley, IL 60142

Sylvia V. Rimbergas
9530 Farley Street
Huntley, IL 60142

Mark D. Weisman
Law office of Mark D. Weisman
100 W. Monroe, Ste. 1310
Chicago, IL 60603

Lydia Meyer
Lydia Meyer – 13 Trustee
PO Box 14127
Rockford, IL 61105

Fiona M. Whelan
Lydia S. Meyer, Trustee
308 W. State Street, Suite 212
Rockford, IL 61101

Patrick S. Layng
Office of the U.S. Trustee, Region 11
780 Regent St., Suite 304
Madison, WI 53715

By: _____/s/ Heather M. Giannino_____
Heather M. Giannino of
Heavner, Scott, Beyers & Mihlar, LLC
One of its attorneys

FAIQ MIHLAR (#06274089)
HEATHER M. GIANNINO (#6299848)
HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719